DANIEL V. KOHLS (S.B. 167987)
CHRISTINE E. JACOBS (S.B. 216679)
HANSEN, CULHANE, KOHLS, JONES & SOMMER, LLP
2261 LAVA RIDGE COURT
ROSEVILLE, CALIFORNIA 95661
TELEPHONE: 916/781-2550
FACSIMILE: 916/781-5339

Attorneys for Robert Kingsley, James D. Pinnell.
Pinnell & Kingsley, LLP, Kirin Kaur

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA B., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>YUBA CITY UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants.<br>_____/ | **CASE NO. CIV. S 04-0787-MCE**<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**[FRCP 41(a)(1)]** |

　　　　WHEREAS, Plaintiffs LISA B., RON B., and AARON B., have agreed to the settlement of all disputed claims between them and all defendants in this action and to the dismissal with prejudice of all claims in the herein action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

　　　　NOW, THEREFOR, it is hereby stipulated by and between all parties in this action, through their respective counsel, as follows:

　　　　That Plaintiffs' complaint against all Defendants, be dismissed in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

　　　　**IT IS SO STIPULATED.**

//

//

-1-
131172　　　　Stipulation and Order for Voluntary Dismissal with Prejudice

**PLAINTIFFS:**

                LAW OFFICES OF ANDREA M. TYTELL

DATED:_____      BY: _____
                                     ANDREA M. TYTELL
                                       Attorney for Plaintiffs

                LAW OFFICE OF F. RICHARD RUDERMAN

DATED:_____      BY: _____
                                     F. RICHARD RUDERMAN
                                     Attorney for Plaintiffs

**DEFENDANTS:**

                HANSEN, CULHANE, KOHLS, JONES
                & SOMMER, LLP

DATED:_____      BY: _____
                                     CHRISTINE E. JACOBS
                                     Attorneys for Defendants
                                     PINNELL & KINGSLEY, LLP; ROBERT
                                     KINGSLEY; JAMES D. PINNELL and
                                     KIRIN KAUR

                LAW OFFICES OF MATHEW D. EVANS

DATED:_____      BY: _____
                                     MATHEW D. EVANS
                                     Attorney for Defendants YUBA CITY UNIFIED
                                     SCHOOL DISTRICT; BOARD OF EDUCATION
                                     OF YUBA CITY UNIFIED SCHOOL DISTRICT;
                                     PATRICK GODWIN; WILLIAM WONG; BALDEV
                                     JOHAL SINGH; BOB KRUSE; KAREN
                                     HAGGARD; LISA SHEPPARD; SALLY
                                     SPATAFORE; JULEY WELCH; LARRY BONDS;
                                     WILLIAM HIGHLAND and SHAUNEE KING

|   |   |
|---|---|
|   | LAW OFFICES OF DAVID W. VASQUEZ |
| DATED:_____ | BY: _____ |
|   | DAVID W. VASQUEZ |
|   | Attorney for Defendants MARYSVILLE-YUBA CITY APPEAL DEMOCRAT; HAROLD KRUGER and LAURA NICHOLSON |

|   |   |
|---|---|
|   | THE BUSSIAN LAW FIRM, PLLC |
| DATED:_____ | BY: _____ |
|   | JOHN A. BUSSIAN |
|   | Attorney for Defendants MARYSVILLE-YUBA CITY APPEAL DEMOCRAT; HAROLD KRUGER and LAURA NICHOLSON |

Based on the foregoing, and for good cause appearing, **IT IS HEREBY ORDERED** that Plaintiffs' Complaint in this action be dismissed in its entirety, with prejudice, as against all Defendants, each party to bear their own attorneys' fees and costs.

Dated: August 22, 2005

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss.
COUNTY OF PLACER )

    I am a citizen of the United States and a resident of the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 2261 Lava Ridge Court, Roseville, California 95661.

    On _____, 2005, I served the within copy (or copies) of:

**STIPULATION AND ORDER FOR
VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested parties in said action addressed as follows:

SEE ATTACHED SERVICE LIST

    I am familiar with this firm's practice regarding the collection and processing of documents for mailing with the United States Postal Service. The documents described above were sealed and placed for collection and mailing with postage thereon fully prepaid on the date stated above. Pursuant to said business practices, documents are deposited with the United States Postal Service in Roseville, California, that same day in the ordinary course of business.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on the date first above written at Roseville, California.

_____
SUSAN A. TWITTY

SERVICE LIST

| | |
|---|---|
| F. Richard Ruderman, Esq.<br>Perry Leonard, Esq.<br>Bradford J. Lacy, Esq.<br>Law Offices of F. Richard Ruderman<br>2020 Hurley Way, #405<br>Sacramento, CA  95825<br>Facsimile:  916/563-0114 | Counsel for Plaintiffs |
| Andrea M. Tytell, Esq.<br>Attorney at Law<br>2121 Rosecrans Avenue, Suite 1350<br>El Segundo, CA 90245<br>Facsimile: 310-640-1601 | |
| John A. Bussian, Esq.<br>The Bussian Law Firm<br>WACHOVIA CAPITOL CENTER<br>150 Fayetteville Street Mall, 16th Floor<br>Raleigh, NC  27601<br>Facsimile:  919/829-2165 | Counsel for Marysville-Yuba  City Appeal Democrat; Harold Kruger; Laura Nicholson |
| David W. Vasquez, Esq.<br>Attorney at Law<br>613 D Street<br>Marysville, CA  95902<br>Facsimile:  530/743-1364 | |
| Matthew D. Evans, Esq.<br>James B. Carr, Esq.<br>DUNCAN, BALL & EVANS<br>641 Fulton Avenue, Second Floor<br>Sacramento, CA  95825<br>Facsimile:  916/488-1699 | Yuba City Unified School District; Board of Education of The Yuba City Unified School District; Patrick Godwin, William Wong; Baldev Johal Singh; Bob Kruse; Karen Haggard; Lisa Sheppard; Sally Spatafore; Juley Welch; Larry Bonds; William Highland; Shaunee Kang |